# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSHUA ROBERT JAMES CRUICKSHANK

        v.

PIERCE COUNTY JAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5089RJB/KLS

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation (Dkt. 17) is **ADOPTED**;

Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and

This dismissal **SHALL** count as a strike pursuant to 28 U.S.C. § 1915(g).

| | |
|---|---|
|   November 10, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |